UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
07-CV-4794(JMR/AJB)

| | |
|---|---|
| Scott Brandon Schulberg ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Joan Fabian ) | |

Petitioner timely objected to the Report and Recommendation, issued December 14, 2007, by the Honorable Arthur J. Boylan, United States Magistrate Judge. The Magistrate recommended denying petitioner's application for a writ of habeas corpus and dismissing the action with prejudice.

After a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation [Docket No. 4].

Accordingly, petitioner's application for a writ of habeas corpus [Docket No. 1] is denied, and this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: February 4, 2008

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge